## Statement of Earnings #1

EMPLOYEE 509 TIMOTHY A DENNIS   SOCIAL SECURITY NO. -6288

| EARNINGS | | | DEDUCTIONS | | DEDUCTIONS | | PAY ENDING DATE |
|---|---|---|---|---|---|---|---|
| TYPE | HOURS | DOLLARS | TYPE | DOLLARS | TYPE | DOLLARS | |
| Regular | 61.87 | 1014.67 | FICA | 78.70 | Medicare | 17.74 | 5/04/06 |
| Overtime | 11.60 | 98.06 | Fed. Tax | 122.78 | State Tax | 47.16 | |
| Doubletime | 9.27 | 159.36 | LOCAL #1 | 12.72 | LOCAL #2 | 6.35 | |
| | | | UNION DUES | 7.73 | HEALTHSEC1 | 34.94 | |
| | | | CANADA LIF | .79 | | | |

CHECK N 27562

GROSS EARNINGS 1272.09   Pay Rate: 16.480   NET PAY 944.97

Department: 028   Shift: 1   STATEMENT OF EARNINGS   TOTAL DEDUCTIONS 327.12

### YEAR TO DATE SUMMARY

| GROSS | FEDERAL | FICA | STATE | LOCAL |
|---|---|---|---|---|
| 31589.03 | 3227.13 | 2339.81 | 1171.09 | 470.60 |

Station 2217 Carolina Avenue, Bessemer, AL 35020

---

## Statement of Earnings #2

EMPLOYEE 509 TIMOTHY A DENNIS   SOCIAL SECURITY NO. -6288

| EARNINGS | | | DEDUCTIONS | | DEDUCTIONS | | PAY ENDING DATE |
|---|---|---|---|---|---|---|---|
| TYPE | HOURS | DOLLARS | TYPE | DOLLARS | TYPE | DOLLARS | |
| Regular | 64.28 | 1059.33 | FICA | 80.03 | Medicare | 18.72 | 5/23/06 |
| Overtime | 16.23 | 133.74 | Fed. Tax | 130.63 | State Tax | 45.44 | |
| Doubletime | 8.05 | 132.66 | LOCAL #1 | 13.26 | LOCAL #2 | 6.63 | |
| | | | UNION DUES | 7.73 | HEALTHSEC1 | 34.94 | |
| | | | CANADA LIF | .79 | | | |

CHECK N 2751

GROSS EARNINGS 1325.73   Pay Rate: 16.480   NET PAY 983.36

Department: 028   Shift: 1   STATEMENT OF EARNINGS   TOTAL DEDUCTIONS 342.37

### YEAR TO DATE SUMMARY

| GROSS | FEDERAL | FICA | STATE | LOCAL |
|---|---|---|---|---|
| 30114.94 | 3104.35 | 2245.17 | 1123.93 | 451.72 |

Station 2217 Carolina Avenue, Bessemer, AL 35020

## Statement of Earnings #1

| EMPLOYEE 509 TIMOTHY A DENNIS | | | | | | | SOCIAL SECURITY NO. -6288 | |
|---|---|---|---|---|---|---|---|---|
| EARNINGS | | | DEDUCTIONS | | DEDUCTIONS | | PAY ENDING DATE | |
| TYPE | HOURS | DOLLARS | TYPE | DOLLARS | TYPE | DOLLARS | | |
| Regular | 27.40 | 451.55 | FICA | 73.38 | Medicare | 17.16 | 5/14/06 | |
| Overtime | 9.73 | 80.18 | Fed Tax | 114.74 | State Tax | 44.88 | | |
| Doubletime | 9.47 | 159.36 | LOCAL #1 | 12.18 | LOCAL #2 | 5.09 | | |
| Vacation | 32.00 | 527.36 | UNION DUES | 7.73 | HEALTHSEO1 | 34.94 | | |
| | | | CANADA LIF | .79 | | | CHECK NO. 27466 | |
| | | | | | | | NET PAY 906.56 | |
| GROSS EARNINGS | | 1218.45 | | Pay Rate: | 16.480 | | | |
| Department: 028  Shift: 1  STATEMENT OF EARNINGS | | | | | TOTAL DEDUCTIONS | 311.89 | | |

### YEAR TO DATE SUMMARY

| GROSS | 27448.25 | FEDERAL | 2840.11 | FICA | 2046.95 | STATE | 1024.32 | LOCAL | 411.65 |
|---|---|---|---|---|---|---|---|---|---|

itation 2217 Carolina Avenue, Bessemer, AL 35020

---

## Statement of Earnings #2

| EMPLOYEE 509 TIMOTHY A DENNIS | | | | | | | SOCIAL SECURITY NO. -6288 | |
|---|---|---|---|---|---|---|---|---|
| EARNINGS | | | DEDUCTIONS | | DEDUCTIONS | | PAY ENDING DATE | |
| TYPE | HOURS | DOLLARS | TYPE | DOLLARS | TYPE | DOLLARS | | |
| Regular | 61.60 | 1015.17 | FICA | 76.45 | Medicare | 17.88 | 5/07/06 | |
| Overtime | 12.52 | 103.17 | Fed Tax | 122.17 | State Tax | 46.99 | | |
| Doubletime | 9.08 | 149.64 | LOCAL #1 | 12.48 | LOCAL #2 | 5.34 | | |
| | | | UNION DUES | 7.73 | HEALTHSEO1 | 34.94 | | |
| | | | CANADA LIF | .79 | | | CHECK NO. 27447 | |
| | | | | | | | NET PAY 942.01 | |
| GROSS EARNINGS | | 1267.98 | | Pay Rate: | 16.480 | | | |
| Department: 028  Shift: 1  STATEMENT OF EARNINGS | | | | | TOTAL DEDUCTIONS | 325.97 | | |

### YEAR TO DATE SUMMARY

| GROSS | 26229.90 | FEDERAL | 2725.37 | FICA | 1955.81 | STATE | 979.44 | LOCAL | 393.42 |
|---|---|---|---|---|---|---|---|---|---|

tion 2217 Carolina Avenue, Bessemer, AL 35020

## Statement of Earnings — Pay Ending 4/30/06

| EARNINGS | | | DEDUCTIONS | | DEDUCTIONS | | |
|---|---|---|---|---|---|---|---|
| TYPE | HOURS | DOLLARS | TYPE | DOLLARS | TYPE | DOLLARS | |
| Regular | 62.02 | 1022.09 | FICA | 77.08 | Medicare | 18.03 | |
| Overtime | 12.97 | 106.88 | Fed Tax | 123.69 | State Tax | 47.42 | |
| Doubletime | 9.05 | 149.14 | LOCAL #1 | 12.78 | LOCAL #2 | 6.39 | |
| | | | UNION DUES | 7.73 | HEALTHSEC1 | 34.94 | |
| | | | CANADA LIF | .79 | | | |

EMPLOYEE: 509 TIMOTHY A. DENNIS
SOCIAL SECURITY NO. -6288
PAY ENDING DATE: 4/30/06
CHECK NO. 274422
GROSS EARNINGS: 1278.11
Pay Rate: 16.480
NET PAY: 949.26
Department: 028  Shift: 1
TOTAL DEDUCTIONS: 328.85

### YEAR TO DATE SUMMARY

| GROSS | FEDERAL | FICA | STATE | LOCAL |
|---|---|---|---|---|
| 24961.82 | 2403.20 | 1861.48 | 932.45 | 374.40 |

2217 Carolina Avenue, Bessemer, AL 35020

---

## Statement of Earnings — Pay Ending 4/23/06

| EARNINGS | | | DEDUCTIONS | | DEDUCTIONS | | |
|---|---|---|---|---|---|---|---|
| TYPE | HOURS | DOLLARS | TYPE | DOLLARS | TYPE | DOLLARS | |
| Regular | 81.33 | 1340.92 | FICA | 105.23 | Medicare | 24.61 | |
| Overtime | 33.17 | 273.32 | Fed Tax | 223.72 | State Tax | 65.52 | |
| Doubletime | 8.17 | 134.64 | LOCAL #1 | 17.48 | LOCAL #2 | 8.74 | |
| | | | UNION DUES | 7.73 | HEALTHSEC1 | 34.94 | |
| | | | CANADA LIF | .79 | | | |

EMPLOYEE: 509 TIMOTHY A. DENNIS
SOCIAL SECURITY NO. -6288
PAY ENDING DATE: 4/23/06
CHECK NO. 273964
GROSS EARNINGS: 1748.88
Pay Rate: 16.480
NET PAY: 1257.89
Department: 028  Shift: 1
TOTAL DEDUCTIONS: 490.99

### YEAR TO DATE SUMMARY

| GROSS | FEDERAL | FICA | STATE | LOCAL |
|---|---|---|---|---|
| 23683.71 | 2479.61 | 1784.37 | 885.03 | 355.23 |

2217 Carolina Avenue, Bessemer, AL 35020

| EMPLOYEE 509 TIMOTHY A DENNIS | | | | | SOCIAL SECURITY NO. | -4288 | |
|---|---|---|---|---|---|---|---|
| EARNINGS | | | DEDUCTIONS | | DEDUCTIONS | | PAY ENDING |
| TYPE | HOURS | DOLLARS | TYPE | DOLLARS | TYPE | DOLLARS | DATE |
| Regular | 69.77 | 1153.11 | FICA | 103.84 | Medicare | 24.18 | 4/16/06 |
| Overtime | 29.53 | 210.27 | Fed. Tax | 211.58 | State Tax | 64.12 | |
| Doubletime | 12.42 | 204.95 | LOCAL #1 | 17.00 | LOCAL #2 | 8.50 | |
| Holiday | 8.00 | 131.84 | UNION DUES | 7.73 | HEALTHSEC1 | 34.94 | |
| | | | CANADA LIF | .75 | | | CHECK NO. 27370 |
| GROSS EARNINGS | | 1700.17 | Pay Rate: | | 16.480 | | NET PAY 1228.01 |
| Department: 028   Shift: 1   STATEMENT OF EARNINGS | | | | | TOTAL DEDUCTIONS | 472.16 | |
| YEAR TO DATE SUMMARY | | | | | | | |
| GROSS | 21935.43 | FEDERAL | 2255.75 | FICA | 1635.90 | STATE | 819.11 | LOCAL | 329.01 |

Citation 2217 Carolina Avenue, Bessemer, AL 35020

| EMPLOYEE 509 TIMOTHY A DENNIS | | | | | SOCIAL SECURITY NO. | -4288 | |
|---|---|---|---|---|---|---|---|
| EARNINGS | | | DEDUCTIONS | | DEDUCTIONS | | PAY ENDING |
| TYPE | HOURS | DOLLARS | TYPE | DOLLARS | TYPE | DOLLARS | DATE |
| Regular | 46.52 | 768.90 | FICA | 81.99 | Medicare | 19.18 | 4/09/06 |
| Overtime | 21.73 | 179.06 | Fed. Tax | 135.58 | State Tax | 50.78 | |
| Doubletime | 8.66 | 146.34 | LOCAL #1 | 13.57 | LOCAL #2 | 6.79 | |
| Vacation | 16.00 | 263.68 | UNION DUES | 7.73 | HEALTHSEC1 | 34.94 | |
| | | | CANADA LIF | .75 | | | CHECK N. 2734 |
| GROSS EARNINGS | | 1357.98 | Pay Rate: | | 16.480 | | NET PAY 1006.02 |
| Department: 028   Shift: 1   STATEMENT OF EARNINGS | | | | | TOTAL DEDUCTIONS | 351.36 | |
| YEAR TO DATE SUMMARY | | | | | | | |
| GROSS | 20235.26 | FEDERAL | 2044.10 | FICA | 1507.91 | STATE | 754.99 | LOCAL | 303.51 |

Citation 2217 Carolina Avenue, Bessemer, AL 35020